**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Austin on behalf of minor son, S.A.,<br><br>   Plaintiff,<br><br>vs.<br><br>State of Arizona; et al,<br><br>   Defendants. | No. CV-08-1222-PHX-LOA<br><br>**ORDER** |

This action arises upon the parties express consent in writing to magistrate-judge jurisdiction pursuant to 18 U.S.C. § 636(c). (docket # 6 and # 9)

After review of the pending dispositive motion, docket # 5, and Plaintiff's Response, the Court will order Defendants to file their Reply on or before August 18, 2008. Moreover, the Court will resolve the pending motions before requiring the parties to comply with Rule 26(f), FED.R.CIV.P., and setting a Rule 16 scheduling conference. Whether Plaintiff's request for oral argument is granted will depend upon if the Court needs it after review of Defendants' Reply and all other pleadings. *Mahon v. Credit Bur. of Placer County, Inc.*, 171 F.3d 1197, 1200 (9th Cir.1999) (if the parties provided the district court with complete memoranda of the law and evidence in support of their positions, ordinarily oral argument would not be required).

Plaintiff's Response indicates "[i]n the event information through disclosure or discovery identifies other pertinent facts or parties, Plaintiffs (sic) request leave to amend the Complaint. (docket # 8 at 7) The Court will not grant conditional

1  requests to amend pleadings. If Plaintiff elects to amend his Complaint, he shall file a
2  formal motion that complies in all aspects with Rule 15, FED.R.CIV.P., and LRCiv 15.1.
3            On the Court's own motion,
4            **IT IS ORDERED** that Defendants shall file their Reply to Plaintiff's
5  Response on or before **Monday, August 18, 2008**.
6            **IT IS FURTHER ORDERED** that all counsel shall hereinafter comply
7  with the Rules of Practice for the United States District Court for the District of Arizona,
8  as amended on December 1, 2007.  The District's Rules of Practice may be found on the
9  District Court's internet web page at www.azd.uscourts.gov/.  All other rules may be
10 found at www.uscourts.gov/rules/. Counsel are also reminded of their certification to
11 comply with the Standards of Professional Conduct with their admission to practice in
12 this District Court. The Standards of Professional Conduct are located on the District's
13 website, click on link "Attorney Information," and then click on link "Attorney
14 Admissions Information."[1]
15           **IT IS FURTHER ORDERED** that counsel shall use the following case
16 number and initials on all future pleadings and documents filed herein, to wit: No. CV-
17 08-1222-PHX-LOA
18           DATED this 6th day of August, 2008.

_____
Lawrence O. Anderson
United States Magistrate Judge

---

[1] Both counsel incorrectly used capitals letters in their captions instead of using "proper capitalization" as required by LRCiv 7.1(a)(3).

- 2 -