**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Austin on behalf of minor son, S.A., <br><br> Plaintiff, <br><br> vs. <br><br> State of Arizona; et al, <br><br> Defendants. | No. CV-08-1222-PHX-LOA <br><br> **ORDER** |

Upon Stipulation of the parties, and for good cause appearing therefore,

**IT IS HEREBY ORDERED remanding** this action back to the Maricopa County Superior Court.

DATED this 21st day of October, 2008.

Lawrence O. Anderson
United States Magistrate Judge